UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
-------------------------------x
                               :
DANNY BROWN                    :    Civ. No. 3:17CV01108(SALM)
                               :
v.                             :
                               :    November 2, 2017
NANCY A. BERRYHILL,            :
ACTING COMMISSIONER SOCIAL     :
SECURITY ADMINISTRATION        :
                               :
-------------------------------x
```

**RULING ON DEFENDANT'S MOTION FOR ENTRY OF JUDGMENT UNDER SENTENCE FOUR OF 42 U.S.C. §405(g) WITH REVERSAL AND REMAND OF THE CAUSE TO THE DEFENDANT**

Defendant's Motion for Entry of Judgment Under Sentence Four of 42 U.S.C. §405(g) with Reversal and Remand of the Cause to the Defendant **[Doc. #18]** is **GRANTED**. Pursuant to the power of this Court to enter judgment affirming, modifying or reversing the Commissioner's decision with or without remand in Social Security actions under sentence four of Section 405(g) of the Social Security Act, 42 U.S.C. §405(g), and in light of the Government's unopposed request to remand this action for further administrative proceedings, it is hereby ordered that this matter be remanded to the Commissioner.

This case shall be remanded to an administrative law judge ("ALJ") who is instructed to grant the claimant an opportunity for a new hearing. The ALJ is instructed to reconsider

1

claimant's symptoms and reassess claimant's mental impairments. Plaintiff consents to this remand.

Therefore, the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. §405(g) with a remand of the case to the Commissioner for further proceedings. See Shalala v. Schaefer, 509 U.S. 292 (1993); Melkonyan v. Sullivan, 501 U.S. 89 (1991).

The clerk of the court will enter a separate judgment pursuant to Fed. R. Civ. P. 58.

This is not a Recommended Ruling. The parties consented to the entry of a final order and judgment by a Magistrate Judge on October 16, 2017. See Doc. #17.

SO ORDERED at New Haven, Connecticut this 2nd day of November, 2017.

/s/
HON. SARAH A. L. MERRIAM
UNITED STATES MAGISTRATE JUDGE